## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAILLE RUSSEL BONSALL,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 24-5866** |
| **THE COUNTY OF DELAWARE,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this 23rd day of February, 2026, upon consideration of the Delaware County Council and the Individual Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 36), and Plaintiff's response thereto, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED.** Count I (state-created danger claim under 42 U.S.C. §1983) and Counts IV through VI (state law tort claims) of Plaintiff's Second Amended Complaint ("SAC") are **DISMISSED** against Delaware County Council and the Individual Defendants.

It is **FURTHER ORDERED** that, upon consideration of the County of Delaware's Motion for Judgment on the Pleadings (ECF No. 37), and Plaintiff's response thereto, the Motion for Judgment on the Pleadings is **GRANTED in part and DENIED in part** as follows:

1. The Motion is granted with respect to Counts IV through VI (state law tort claims) of the SAC. Counts IV through VI are **DISMISSED** against the County of Delaware.

2. The Motion for Judgment on the Pleadings is **DENIED** with respect to Counts I through III of the SAC.

BY THE COURT:

_____
Hon. Mia R. Perez